# Court of Appeals
# of the State of Georgia

ATLANTA, February 25, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1206. J. D. SIMMONS v. TERRY COLLINS, et al.

J. D. Simmons sued 20 individuals serving on the board of directors of the homeowners's association for his neighborhood. The trial court dismissed Simmons's complaint and on appeal, this Court affirmed. *Simmons v. Collins*, Case No. A24A1371 (Ga. App. Jan. 28, 2025) (unpublished). Following remittitur, the trial court granted the defendants' motion for attorney fees pursuant to OCGA § 9-15-14. Simmons filed this direct appeal from the trial court's order. We lack jurisdiction.

An appeal from a trial court order awarding attorney fees under OCGA § 9-15-14 must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a)(10), (b); *Low v. Swift*, 367 Ga. App. 874, 876 (889 SE2d 122) (2023). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). And "[f]ailure to file an application when one is necessary requires that the appeal be dismissed." *Evans v. Jackson*, 368 Ga. App. 170, 173 (1)(b) (889 SE2d 343) (2023) (citation and punctuation omitted).

Accordingly, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/25/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*